UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
           :
DUDLEY GRANT,           :
           :  **ORDER REGULATING**
      Petitioner-Plaintiff,  :  **PROCEEDINGS**
  -against-           :
           :  20 Civ. 2946 (AKH)
THOMAS DECKER, et al.,           :
           :
      Respondents-Defendants.  :
           :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The above-named petitioner-plaintiff has moved for a temporary restraining order for his immediate release from detention by Immigration and Customs Enforcement ("ICE"). The Court schedules further proceedings as follows

1. By April 14, 2020, the petitioner-plaintiff shall file a supplemental letter explaining 1) to whose custody he would be released if granted the relief he seeks, and 2) details of his ability to self-quarantine at the home of said custodian.

2. Respondents-defendants shall file their response to petitioner-plaintiff's motion by April 15, 2020, at 12:00 p.m.

3. Petitioner-plaintiff shall file his reply by April 16, 2020, at 12:00 p.m.

4. In their briefs, the parties shall address whether jurisdiction and venue lie in this district.

5. Oral argument will be held telephonically on April 17, 2020, at 11:00 a.m., and will be held via the following call-in number:

   Call-in number: 888-363-4749

   Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than April 16, 2020, at 10:00 a.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

SO ORDERED.

Dated: April 13, 2020  /s/ Alvin K. Hellerstein
New York, New York  ALVIN K. HELLERSTEIN
United States District Judge