UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
DUDLEY GRANT, :
: **ORDER**
               Petitioner-Plaintiff, :
  -against- : 20 Civ. 2946 (AKH)
:
THOMAS DECKER, et al., :
:
              Respondents-Defendants. :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Upon the findings and conclusions stated on the record of argument held today, Petitioner's motion for a temporary restraining order and petition for a writ of habeas corpus are granted to the following extent and denied in all other respects: Respondents shall release Petitioner from detention as immediately as possible, and in no event later than April 18, 2020 at 1:00 p.m., subject to the following conditions of release:

1. Petitioner shall reside at [REDACTED] under the custody of his niece, Jean Grant, subject to home confinement except where medical attention is required outside the home.

2. Petitioner is directed to self-quarantine at the above address following his release. On the tenth day of such self-quarantine, he shall contact ICE to schedule an appointment for the placement of an alternative-to-detention ("ATD") bracelet for electronic monitoring.

3. Petitioner shall be subject to telephonic monitoring as required by Immigration and Customs Enforcement ("ICE"). He must provide ICE with a landline telephone number as soon as possible, but the absence of a landline at his residence shall not delay his release.

4. Petitioner shall not access any electronic media relating to children, including social media interaction with children, videos, or other similar access.

5. ICE shall impose its standard conditions normally imposed on released detainees.

6. Petitioner shall comply with all COVID-19 guidelines issued by the federal, state, and local governments and by the Centers for Disease Control and Prevention.

All filings made under seal shall be unsealed except medical records, which shall remain under seal. The parties have leave until April 20, 2020 at 12:00 p.m. to request specific additions for sealing.

I intend to issue, in the near future, a written opinion expanding upon the findings and conclusions stated on the record and in this order. Said opinion shall not affect the finality of this order.

SO ORDERED.

Dated: April 17, 2020
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge