UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DUDLEY GRANT,

                Petitioner-Plaintiff            20 **CIVIL** 2946 (AKH)

         -against-                               **JUDGMENT**

THOMAS DECKER, et al.,
         Respondents-Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 19, 2020, and for the reasons stated on the record at the hearing, Grant's motion for a TRO securing his release on the conditions previously announced, see ECF No. 18, is granted; furthermore, his petition for a writ of habeas corpus is granted to the extent it secures his release; it is denied in all other respects; accordingly, the case is closed.

**DATED:** New York, New York
              June 19, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                            **Clerk of Court**
                                     **BY:**
                                                            _____
                                                            **Deputy Clerk**